IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| RICHARD DELANEY KYLES, #257935 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-03-053 |
| | § | |
| GERALD GARRETT, ET AL. | § | |

### O R D E R

On August 13, 2007, Defendants Garrett and Fox filed their "Motion for Summary Judgment."

Because the Plaintiff is before the Court *pro se* and may not be conversant with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Texas, it is **ORDERED** that the Plaintiff **SHALL** have until **September 21, 2007**, to file a response to the Defendants' motion.

**DONE** at Galveston, Texas, this      14th      day of August, 2007.

John R. Froeschner
United States Magistrate Judge