United States District Court
Southern District of Texas
FILED
APR - 9 2009
Michael N. Milby, Clerk

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
APR _ _ 2009
CHARLES R. FULBRUGE III
CLERK

No. 09-20046

IN RE: RICHARD DELANEY KYLES

Movant

Motion for an order authorizing
the United States District Court for the Southern
District of Texas to consider
a successive 28 U.S.C. § 2254 application

Before BARKSDALE, DENNIS, and ELROD, Circuit Judges.

PER CURIAM:

Richard Delaney Kyles, Texas prisoner # 257935, seeks authorization to file a successive 28 U.S.C. § 2254 application challenging the 2007 denial of parole by the Texas Board of Pardon and Paroles (TBPP). Kyles argues that the retroactive application of new, stricter parole laws than those in effect at the time he committed the underlying offense to his 2007 parole review violates the Ex Post Facto Clause and the Equal Protection Clause. Kyles was sentenced to life in prison following a 1976 conviction for capital murder.

An application is successive when it raises a claim challenging the applicant's conviction or sentence that was or could have been raised in a prior application or that otherwise constitutes an abuse of the writ. *In re Cain*, 137 F.3d 234, 235 (5th Cir. 1998). In the instant motion, Kyles complains about actions taken by the TBPP in 2007. Thus, Kyles could not have brought those

No. 09-20046

claims in his earlier § 2254 application that was filed in 2006 "because those claims had not yet arisen." *Crone v. Cockrell*, 324 F.3d 833, 837 (5th Cir. 2003).

Because the factual predicate for Kyles's present parole-related claims occurred in 2007, after his earlier § 2254 application was filed, his proposed application is not successive. *See Cain*, 137 F.3d at 235-36. Therefore, Kyles is not required to obtain this court's authorization in order to proceed with his proposed application. IT IS ORDERED that Kyles's motion for authorization to file a successive application is DENIED as unnecessary.

2

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By
Deputy
New Orleans, Louisiana
APR 0 1 2009

# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. (504) 310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**
www.ca5.uscourts.gov

April 01, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 09-20046  In Re: Kyles
USDC No.

United States District Court
Southern District of Texas

APR 0 9 2009

Enclosed is an order entered in this case.

Michael N. Milby, Clerk

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By:_____
Chris P. Descant, Deputy Clerk
504-310-7704

Mr. Richard Delaney Kyles
Mr. Michael Milby

Form Name: Motion Notice - MOT2 (!npman)